### THOMAS v. SPRINGER.

(Supreme Court, Appellate Division, Second Department. November 19, 1909.)

Appeal from Trial Term, Kings County.
Action by Charles R. Thomas against John H. Springer. From an order and judgment for plaintiff, defendant appeals. Reversed, and new trial granted.
Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, RICH, and MILLER, JJ.

George W. Glaze, for appellant.
Rufus O. Catlin (Isaac M. Kapper and Thomas E. Pearsall, on the brief), for respondent.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Clare F. Thomas v. Springer (decided herewith) 119 N. Y. Supp. 460.

HIRSCHBERG, P. J., dissents.